IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN MICHAEL HOMICK,<br><br>    Petitioner,<br><br>v.<br><br>E.K. MCDANIEL, WARDEN, ELY STATE PRISON; CATHERINE CORTEZ MATSO, ATTORNEY GENERAL OF THE STATE OF NEVADA,<br><br>    Respondent. | No. C07-80060 MJJ<br><br>**ORDER REGARDING PETITIONER'S MOTION TO COMPEL** |

    Before the Court is Petitioner Steven Michael Howick's ("Petitioner") Motion to Compel Compliance with Subpoena Duces Tecum Issued to the United States Department of the Interior.[1] Respondent's Opposition to Petitioner's motion, if any, shall be filed not later than March 14, 2007.

**IT IS SO ORDERED.**

Dated: February 27, 2007

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

---

[1] Docket No. 1.